# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Barnes, Timothy A. | 2. Court or Organization<br><br>US Bankruptcy Court, Northern District of Illinois | 3. Date of Report<br><br>12/15/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>5Bankruptcy Judge (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

219 S. Dearborn St.
Chicago, IL 60604

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | IIT Chicago Kent School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011-2017 | CMP Retirement Plan (retirement plan with former law firm -- no control) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barnes, Timothy A. | 12/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | IIT Chicago Kent School of Law - teaching salary | $1,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Trinet HR Corporation (PEO of Egan Tax & Books Ltd) - accountant salary |
| 2. | 2017 | CCB XIV LLC - member/self-employed accountant |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | American Bankruptcy Institute | 01/24/2017 - 01/29/2017 | Amsterdam, Netherlands | Education seminar | Travel, lodging and food |
| 3. | International Insolvency Institute | 05/05/2017-05/0/201 | Copenhagen, Denmark | Educational seminar | Travel, lodging and food |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barnes, Timothy A.** | 12/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit card | J |
| 2. | Citibank | Credit card | J |
| 3. | JP Morgan Chase Co. | Credit card | K |
| 4. | Wells Fargo Bank | Credit Card | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barnes, Timothy A. | 12/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Life Strategy Growth | A | Int./Div. | J | T | | | | | |
| 2. JP Morgan Chase Co. IRA #1 (H) | | | | | | | | | |
| 3. -- JPM Investor Growth & Income FD | A | Int./Div. | J | T | | | | | |
| 4. -- JPM Tax Free Resv Sweep (Y) | | | | | | | | | |
| 5. JP Morgan Chase Co. IRA #2 (H) | A | Int./Div. | J | T | | | | | |
| 6. -- JPM Investor Growth & Income FD (Y) | | | | | | | | | |
| 7. -- JPM Tax Free Resv Sweep (Y) | | | | | | | | | |
| 8. JP Morgan Chase Co. Roth IRA (H) | | | | | | | | | |
| 9. -- JPM Investor Growth & Income FD - SEL | A | Int./Div. | J | T | | | | | |
| 10. -- JPM Tax Free Resv Sweep FD (Y) | | | | | | | | | |
| 11. CMP HR-10 Retirement Plan (Sentinel Benefits) (H) | | | | | | | | | |
| 12. -- Artisan International | A | Int./Div. | | | Sold | 04/10/17 | K | | |
| 13. -- Hartford International Opportunities | A | Int./Div. | K | T | Buy | 04/10/17 | K | | |
| 14. -- American Beacon Lg Cap Value | A | Int./Div. | L | T | | | | | |
| 15. -- T. Rowe Price Equity Inc. | A | Int./Div. | | | | | | | |
| 16. -- Fidelity Government Money Market | A | Int./Div. | | | | | | | |
| 17. -- Prudential Jennison Natural Resources Z | A | Int./Div. | | | Sold | 11/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- BlackRock Equity Index Fund Cl R | A | Int./Div. | J | T | Buy | 11/21/17 | J | | |
| 19. -- Morley Stable Value 50 | A | Int./Div. | | | Sold | 04/10/17 | L | | |
| 20. -- More Stable Value 25 | A | Int./Div. | L | T | Buy | 04/10/17 | L | | |
| 21. -- Fidelity Worldwide | A | Int./Div. | J | | | | | | |
| 22. CMP 401k (Sentinel Benefits) (H) | | | | | | | | | |
| 23. -- Artisan International | A | Int./Div. | K | T | | | | | |
| 24. -- Fidelity Blue Chip | A | Int./Div. | J | T | | | | | |
| 25. -- American Beacon Lg Cap Value Inv | A | Int./Div. | | | Sold | 04/10/17 | L | | |
| 26. -- American Beacon Large Cap Value | A | Int./Div. | L | T | Buy | 04/10/17 | L | | |
| 27. -- Prudential Jennison Natural Resources Z | A | Int./Div. | J | T | | | | | |
| 28. -- Morley Stable Value 50 | A | Int./Div. | K | T | | | | | |
| 29. BlackRock College Advantage 529 Plan (OH) #1 (H) | | | | | | | | | |
| 30. -- Blackrock Equity Dividend Fund | A | Int./Div. | J | T | | | | | |
| 31. -- BlackRock Base Value Fund, Inc. | A | Int./Div. | J | T | | | | | |
| 32. -- BlackRock Large Cap Growth Fund | A | Int./Div. | J | T | | | | | |
| 33. -- BlackRock Capital Appreciation Fund, Inc. | A | Int./Div. | J | T | | | | | |
| 34. -- BlackRock U.S. Opportunities Portfolio | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barnes, Timothy A. | 12/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- BlackRock Valye Cap Growth Equity Portfolio | A | Int./Div. | J | T | | | | | |
| 36. -- BlackRock International Opportunities Fund | A | Int./Div. | J | T | | | | | |
| 37. -- BlackRock Global Allocation Fund, Inc. | A | Int./Div. | J | T | | | | | |
| 38. -- BlackRock Total Return Fund | A | Int./Div. | J | T | | | | | |
| 39. -- BlackRock Bond Portfolio | A | Int./Div. | J | T | | | | | |
| 40. -- BlackRock Long Duration Bond Portfolio | A | Int./Div. | J | T | | | | | |
| 41. -- BlackRock Low Duration Bond Portfolio | A | Int./Div. | J | T | | | | | |
| 42. -- BlackRock Money Market Portfolio | A | Int./Div. | J | T | | | | | |
| 43. BlackRock College Advantage 529 Plan (OH) #2 (H) | | | | | | | | | |
| 44. -- BlackRock Equity Divident Fund | A | Int./Div. | J | T | | | | | |
| 45. -- BlackRock Base Value Fund, Inc. | A | Int./Div. | J | T | | | | | |
| 46. -- BlackRock Large Cap Growth Fund | A | Int./Div. | J | T | | | | | |
| 47. -- BlackRock Capital Appreciation Fund, Inc. | A | Int./Div. | J | T | | | | | |
| 48. -- BlackRock U.S. Opportunities Portfolio | A | Int./Div. | J | T | | | | | |
| 49. -- BlackRock Value Cap Growth Equity Portfolio | A | Int./Div. | J | T | | | | | |
| 50. -- BlackRock International Opportunities Fund | A | Int./Div. | J | T | | | | | |
| 51. -- BlackRock Global Allocation Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barnes, Timothy A. | 12/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- BlackRock Total Return Fund | A | Int./Div. | J | T | | | | | |
| 53. -- BlackRock Bond Portfolio | A | Int./Div. | J | T | | | | | |
| 54. -- BlackRock Long Duration Bond Portfolio | A | Int./Div. | J | T | | | | | |
| 55. -- BlackRock Low Duration Bond Portfolio | A | Int./Div. | J | T | | | | | |
| 56. -- BlackRock Money Market Portfolio | A | Int./Div. | J | T | | | | | |
| 57. JP Morgan checking account | A | Interest | J | T | | | | | |
| 58. Wells Fargo checking account | A | Interest | J | T | | | | | |
| 59. Wells Fargo savings account | A | Interest | J | T | | | | | |
| 60. Wells Fargo checking account | A | Interest | J | T | | | | | |
| 61. Wells Fargo savings account | A | Interest | J | T | | | | | |
| 62. Standing Stone National Bank | A | Interest | J | T | | | | | |
| 63. TransAmerica 401K 2040 Fund (H) | | | | | | | | | |
| 64. -- Schwab US Large-Cap ETF | A | Int./Div. | J | T | Buy | 01/01/17 | J | | |
| 65. -- Vanguard FTSE Developed Markets ETF | A | Int./Div. | J | T | Buy | 01/01/17 | J | | |
| 66. -- iShares Core US Aggregate Bond ETF | A | Int./Div. | J | T | Buy | 01/01/17 | J | | |
| 67. -- Schwab US Small Cap ETF | A | Int./Div. | J | T | Buy | 01/01/17 | J | | |
| 68. -- Vanguard FTSE Emerging Markets ETF | A | Int./Div. | J | T | Buy | 01/01/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barnes, Timothy A. | 12/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Schwab US REIT ETF | A | Int./Div. | J | T | Buy | 01/01/17 | J | | |
| 70. -- Vangaurd Total International Bond ETF | A | Int./Div. | J | T | Buy | 01/01/17 | J | | |
| 71. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barnes, Timothy A. | 12/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Timothy A. Barnes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544